**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

DEANGELO HENRY YOUNG,     )
     )
     Plaintiff,     )
     )
     vs.     )     Case No. 4:26-cv-00764-MTS
     )
ROSE GILL, *et al.*,     )
     )
     Defendants.     )

## MEMORANDUM AND ORDER

Before the Court is Plaintiff DeAngelo Henry Young's Application to Proceed in District Court Without Prepaying Fees or Costs. Doc. [2]. The Court must deny it because Plaintiff has failed to submit a certified copy of his inmate account statement. *See* 28 U.S.C. § 1915(a)(2). As this Court has noted many times, submitting a certified copy of an inmate account statement is a mandatory requirement for prisoners seeking to proceed *in forma pauperis*. *See, e.g.*, *Koenig v. Mo. Dep't of Corr.*, 4:23-cv-1524-MTS, 2024 WL 277939, at *2 (E.D. Mo. Jan. 25, 2024). Here, Plaintiff has not submitted even an uncertified copy of his statement. The Court will deny Plaintiff's Application without prejudice, allowing Plaintiff the opportunity to refile an application along with a <u>certified</u> copy of his account statement.[*] In the alternative, Plaintiff may prepay the entire $405 filing fee.

The Court also notes that Plaintiff's Application declares that he has received no income of any kind for the last twelve months and that he has zero funds and assets. He

---

[*] "The Court is confident that jail officials will provide Plaintiff with the necessary certified copy." *Childress v. Conley*, 1:25-cv-0017-MTS, 2025 WL 328005, at *2 (E.D. Mo. Jan. 28, 2025). For Plaintiff's benefit, the Court will instruct the Clerk of Court to send three copies of this Memorandum and Order to Plaintiff so that he may provide copies to the appropriate jail officials to assist him in obtaining a <u>certified</u> copy of his account statement.

indicated "no" or wrote "0" or "N/A" to every question.  The Court reminds Plaintiff that the assertions he makes on the application are made under penalty of perjury and must be entirely truthful.  *See* 28 U.S.C. § 1621 (punishing perjury with a fine and imprisonment of up to five years).  As the application explains, "a false statement may result in a dismissal of [Plaintiff's] claims."  Doc. [2].  *See also Hudson v. Malone*, 4:25-cv-0189-MTS, 2025 WL 2243698, at *2 (E.D. Mo. Aug. 8, 2025) (dismissing action with prejudice as a sanction for the intentional material misrepresentations to the Court in applications to proceed *in forma pauperis*).

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs, Doc. [2], is **DENIED** without prejudice.

**IT IS FURTHER ORDERED** that Plaintiff is given through **Friday**, **August 07, 2026**, to carefully complete and file a new application to proceed in district court without prepaying fees or costs, along with a certified copy of his inmate account statement.

**IT IS FINALLY ORDERED** that the Clerk of Court shall send Plaintiff three copies of this Memorandum and Order so that Plaintiff may provide copies to the appropriate jail officials to assist him in obtaining a certified copy of his account statement in compliance with federal law.

Plaintiff's failure to comply with this Memorandum and Order will result in the **dismissal** of this action without prejudice and without further notice.

Dated this 8th day of July 2026.

MATTHEW T. SCHELP
UNITED STATES DISTRICT JUDGE

- 2 -